Wanda Jean ALBRECHT, Appellant,

v.

Irwin Walter ALBRECHT, Jr.,
Respondent.

No. 45976.

Missouri Court of Appeals,
Eastern District,
Division Three.

June 28, 1983.

Mason W. Klippel, Clayton, for appellant.

Charles H. Billings, St. Louis, for respondent.

## ORDER

PER CURIAM.

Appeal from a dissolution of marriage decree. Affirmed. Rule 84.16(b).